# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 115(a)(2) |
| | ) Threatening Former Federal |
| KENT ALLEN CRAWFORD | ) Official |
| | ) |
| | ) 18 U.S.C. § 115(a)(1) |
| | ) Threatening Federal Official |
| | ) |
| | ) 18 U.S.C. § 876(c) |
| | ) Mailing Threatening |
| | ) Communication |

**THE GRAND JURY CHARGES THAT:**    CR419-0118

## COUNT ONE
*Threatening Former Federal Official*
18 U.S.C. § 115(a)(2)

On or about January 6, 2019, in Chatham County, within the Southern

District of Georgia, and elsewhere, the defendant,

### KENT ALLEN CRAWFORD,

did threaten to murder W.K., a former Federal law enforcement officer, with intent

to retaliate against W.K. on account of the performance of official duties, in

violation of Title 18, United States Code, Section 115(a)(2).

## COUNT TWO
*Threatening Federal Official*
18 U.S.C. § 115(a)(1)(B)

On or about June 18, 2019, in Chatham County, within the Southern District of Georgia, the defendant,

**KENT ALLEN CRAWFORD,**

did threaten to murder T.H., an Assistant United States Attorney, with intent to impede, intimidate, and interfere with T.H. while he/she was engaged in the performance of his/her official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT THREE
*Mailing Threatening Communication*
18 U.S.C. § 876(c)

On or about June 18, 2019, in Chatham County, within the Southern District of Georgia the defendant,

**KENT ALLEN CRAWFORD,**

knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service a communication, dated June 18, 2019, addressed to T.H., who is an Assistant United States Attorney, and containing a threat to injure T.H., in violation of Title 18, United States Code, Section 876(c).

## COUNT FOUR
*Threatening Federal Official*
18 U.S.C. § 115(a)(1)(B)

On or about June 18, 2019, in Chatham County, within the Southern District of Georgia, the defendant,

## KENT ALLEN CRAWFORD,

did threaten to murder the United States Attorney for the Southern District of Georgia, with intent to impede, intimidate, and interfere with the United States Attorney while he/she was engaged in the performance of his/her official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

*Signatures on following page.*

A True Bill.

_____

Michael T. Solis
Assistant United States Attorney