# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR419-118 |
| | ) | |
| KENT ALLEN CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Defendant has filed two *pro se* motions requesting the removal of a pending state case to the federal court and, alternatively, that any sentences resulting from the two pending prosecutions run concurrently. Doc. 20 & 21. The Local Rules do not permit a criminal defendant who is represented by counsel to file any document *pro se* without prior leave. S.D. Ga. L. Crim. R. 44.2. ("Absent prior leave of Court, a defendant represented by counsel may not file a motion, brief, or other paper *pro se*, except for a motion for the appointment of new counsel or a motion to proceed *pro se*."); *see also Cross v. United States*, 893 F.2d 1287, 1291–92 (11th Cir. 1990) (a defendant who is represented by counsel has no right to act as his own co-counsel, i.e. there is no right to "hybrid

representation" partly by counsel and partly by defendant). These motions are thus DENIED as moot.

**SO ORDERED**, this 11th day of September, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA