IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR419-118
)
KENT ALLEN CRAWFORD, )
)
Defendant. )
)

## O R D E R

Before the Court is Defendant Kent Crawford's Motion to Allow Participation in Voir Dire. (Doc. 29.) In his motion, Defendant requests that the Court "allow[] his counsel to participate in the voir dire examination . . . ." (Doc. 29.) "[U]nder Fed. R. Crim. P. 24(a), a trial court has broad discretion in conducting a voir dire." United States v. Antczak, 753 F. App'x 705, 710 (11th Cir. 2018 (quoting United States v. Shavers, 615 F.2d 266, 268 (5th Cir. 1980)). Based on this discretion, the practice of this Court is to allow counsel to participate in voir dire only through the submission of written questions to the Court prior to jury selection. Accordingly, Defendant's motion (Doc. 29) is **DENIED**.

SO ORDERED this 23rd day of October 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA